1  Cris C. Vaughan, Esq., SBN  99568
   VAUGHAN & ASSOCIATES
2  6207 South Walnut Street, Suite 800
   Loomis, CA  95650
3  Telephone:  916-660-9401
   Facsimile:  916-660-9378
4
   Attorney for Defendants, Cass Criner dba Family Tree Care
5  Center

6  Jason K. Singleton, Esq., SBN 166170
   SINGLETON LAW GROUP
7  611 "L" Street, Suite A
   Eureka, CA  95501
8  Telephone:  707-441-1177
   Facsimile:  707-441-1533
9
   Attorney for Plaintiff Marshall Loskot
10

11              **UNITED STATES DISTRICT COURT**

12              **EASTERN DISTRICT OF CALIFORNIA**

13

14 Marshall Loskot,                ) Case No.**2:11-cv-00487-LKK-GGH**
                                   )
15           Plaintiff,            ) STIPULATION RE: EXTENSION OF
                                   ) TIME UNTIL APRIL 11, 2011 FOR
16      vs.                        ) DEFENDANTS TO RESPOND TO
                                   ) COMPLAINT AND ORDER
17 Green Relief Management         )
   Services, LLC, et al.,          )
18                                 )
            Defendants.            )
19                                 )
                                   )
20 _____)

21
       Pursuant to Local Rule 144, Plaintiff Marshall Loskot
22
   and Defendants, Cass Criner, sued incorrectly herein as
23
   Cass Kriner, dba Family Tree Care Center by and through
24
   their respective attorneys of record, Jason K. Singleton
25
26 and Cris C. Vaughan, stipulate as follows:

27      1. No extension of time has been previously

28           obtained.

              STIPULATION RE: EXTENSION OF TIME - 1

2. These Defendants are granted an extension until April 11, 2011 to respond or otherwise plead to Plaintiff's complaint.

3. These Defendants' response will be due no later than April 11, 2011.

IT IS SO STIPULATED effective as of March 21, 2011.

Dated:  March 21, 2011           /s/ Cris C. Vaughan           _
                                 Cris C. Vaughan,
                                 Attorney for Defendants,
                                 Cass Criner dba Family
                                 Tree Care Center

Dated:  March 24, 2011           /s/ Jason K. Singleton__
                                 Jason K. Singleton
                                 Attorney for Plaintiff,
                                 Marshall Loskot

**ORDER**

**IT IS SO ORDERED.**

Dated:  March 25, 2011

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

STIPULATION RE: EXTENSION OF TIME - 2