**Jason K. Singleton**, State Bar #166170
jason@singletonlawgroup.com
**SINGLETON LAW GROUP**
611 "L" Street, Suite A
Eureka, CA 95501

(707) 441-1177
FAX 441-1533

**Attorneys for Plaintiff, MARSHALL LOSKOT**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARSHALL LOSKOT,<br><br>    Plaintiff,<br><br>v.<br><br>GREEN RELIEF MANAGEMENT SERVICES, LLC, a California Limited Liability Company, GREGORY R. KUSIC, M.D., CASS KRINER, dba FAMILY TREE CARE CENTER, ROBERT S. OLSON, LINDA OLSON, and DOES ONE through FIFTY, inclusive,<br><br>    Defendants. | Case No. 2:11-CV-00487 LKK CMK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER |

Plaintiff **MARSHALL LOSKOT** and Defendants **GREEN RELIEF MANAGEMENT SERVICES, LLC, a California Limited Liability Company, GREGORY R. KUSIC, M.D., CASS KRINER, dba FAMILY TREE CARE CENTER, ROBERT S. OLSON, LINDA OLSON**, (collectively "the Parties"), by and through their respective attorneys of record, hereby stipulate as follows:

1. The Parties have entered into a Confidential Settlement Agreement and General Release in this matter whereby they have resolved all claims and agreed to the dismissal of the above-captioned action with prejudice, each party to bear their own attorney fees and costs.

2. Accordingly, the Parties jointly request the Court to dismiss this action with prejudice.

**SINGLETON LAW GROUP**

Dated: March 22, 2012     /s/ Jason K. Singleton
Jason K. Singleton, Attorney for Plaintiff,
**MARSHALL LOSKOT**

**LAW OFFICES OF THOMAS O'HAGAN**

Dated: February 21, 2012     /s/ Linda J. L. Sharpe
Linda J.L. Sharpe, Attorneys for Defendants
**GREEN RELIEF MANAGEMENT SERVICES, LLC, a California Limited Liability Company, GREGORY R. KUSIC, M.D.**

**VAUGHAN & ASSOCIATES**

Dated: March 23, 2012     /s/ Cris C. Vaughan
Cris C. Vaughan, Attorneys for Defendants
**CASS KRINER, dba FAMILY TREE CARE CENTER**

**JOHNSON LAW OFFICES**

Dated: March __, 2012     /s/ Gary E. Haslerud
Gary E. Haslerud,
James C. Mason, Attorneys for Defendants
**ROBERT S. OLSON, LINDA OLSON**

### ORDER OF DISMISSAL WITH PREJUDICE

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED:

1. The action <u>LOSKOT vs GREEN RELIEF MANAGEMENT SERVICES, LLC, et al.</u>, Case Number 2:11-CV-487 LKK CMK, is dismissed with prejudice, with each party to bear their own attorney fees and costs.

Dated: November 13, 2012

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT